## (February 28, 1967)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD MONTGOMERY, Appellant, v. ROSS E. HEROLD, as Superintendent of Dannemora State Hospital, Respondent.— Motion to dismiss appeal as academic granted, appellant having been discharged from Dannemora State Hospital during the pendency thereof. (See *People ex rel. Pylypcuk* v. *Herold,* 25 A D 2d 690.) Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT LEE JOHNSON, Appellant, v. DANIEL J. McMANN, as Warden of Clinton Prison, Respondent. — Motion to be relieved of assignment on the ground that no timely appeal was taken denied. We deem the application of September 29, 1966, a sufficient notice of appeal. Counsel is directed to correct the omission to file a copy thereof in the office of the Clerk of the County of Clinton, and appellant's time to cure such omission extended to March 15, 1967. (CPLR 5520, subd. [a].) Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM CURLEY, Appellant, v. ROSS E. HEROLD, as Superintendant of Dannemora State Hospital, Respondent.— Motion pursuant to CPLR 5520 (subd. [a]) for extension of time to cure omission to file copy of notice of appeal in the office of the Clerk of the County of Clinton granted, and time extended to March 15, 1967. Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.